PEOPLE v WICKS. Appeal from Genesee, Donald R. Freeman, J. Submitted Division 2 March 7, 1972, at Lansing. (Docket No. 11595.) Decided May 3, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, *Donald A. Kuebler,* Chief Assistant Prosecuting Attorney, and *Joel B. Saxe,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *Larry R. Farmer,* Assistant Defender, for defendant.

Before: LESINSKI, C. J., and BRONSON and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant was convicted on a plea of guilty in the Genesee County Circuit Court of uttering and publishing a forged check. MCLA 750.249; MSA 28.446. This appeal is taken of right.

The record reveals that at the time of the taking of defendant's plea of guilty, he was not advised of his right to confront his accusers and his right against self-incrimination. This is reversible error. See *People v Jaworski,* 387 Mich 21 (1972).

Reversed and remanded.